**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ELZIE HARRISON**                                                   **PETITIONER**

**V.**                                        **CIVIL CAUSE NO. 3:14-CV-579-HTW-LRA**

**TIMOTHY OUTLAW**                                       **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson and petitioner Elzie Harrison's written objection to the proposed findings and recommendation.  Based upon the findings therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED, THIS THE 27TH DAY OF JANUARY, 2015.**

                                             **s/ HENRY T. WINGATE**
                                             **UNITED STATES DISTRICT JUDGE**